IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RON ROSS,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN BARTLE, ROBERT L. RYNARD, SR., DANA WADMAN-HUTH, REBECCA BARTLE, DANE STARBUCK, RYNARD ENTERPRISES, INC., BVM MANAGEMENT, INC., BETHANY VILLAGE APARTMENTS, INC., BETHANY VILLAGE APARTMENTS - NEW CASTLE, INC., AMERICARE COMMUNITIES III, LLC, and BVM LAKESHORE, LLC,<br><br>                Defendants. | **8:17CV119**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Findings and Recommendations of the United States Bankruptcy Judge[1] (Filing No. 1) recommending that this Court withdraw the previous referral of the matter to the bankruptcy court. The defendants in an adversary proceeding in bankruptcy court filed the Motion to Withdraw Reference, and the plaintiff in the action did not object.

The Court finds that the Findings and Recommendations should be adopted under 28 U.S.C. § 157(d) and NEGenR 1.5(b) and for good cause shown. Accordingly,

IT IS ORDERED:

1. The Findings and Recommendations of the bankruptcy judge (Filing No. 1) are adopted in their entirety.

---

[1] The Honorable Thomas L. Saladino, Chief United States Bankruptcy Judge for the District of Nebraska.

2

2. Reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn.

3. The magistrate judge shall progress the case.

Dated this 10th day of April, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge